## Werner *v.* Werner, Appellant.

Argued November 17, 1972. *Dane Critchfield* and *Ronald J. Bua,* submitted a brief, for appellant; *Allen N. Brunwasser,* for appellee.

Order affirmed.

## West *v.* Highland Associates Company (et al., Appellant).

Argued November 17, 1972. *Richard D. Klaber,* with him *Dickie, McCamey & Chilcote,* for appellant; *Edward J. Balzarini,* with him *Samuel P. Gerace, Balzarini, Walsh, Conway & Maurizi,* and *Jones, Gregg, Creehan & Gerace,* for appellees.

Judgment affirmed.

WATKINS, J., absent.